IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS. CRIMINAL CASE NUMBER: 2:17-cr-40-KS-MTP-001

SANTORIA L. FRENCH

ORDER

THIS CAUSE IS BEFORE THE COURT on Request for Correction, Recommendation and Information [61] filed by Santoria L. French. The Court has reviewed the request and finds as follows, to wit:

That the first request, that the Court correct plain error in the Criminal Judgment is DENIED. The Presentence Report of Movant did show that three years was the maximum term but it was in error. Movant was placed on five years supervised release which is a legal sentence, and the Court finds that there is no reason to modify same, and request number 1 is DENIED.

The second request is that the Movant receive benefits upon completion of the R-DAP drug and alcohol treatment program. This decision is one that should be made by the Bureau of Prisons, and the Court finds that said request should be DENIED.

The third request is that the Court review Movant's case to determine if he is entitled to any benefits of the First Step Act. The Court declines to review the case, and Movant has access to library materials and can review same himself.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Request for Correction, Recommendation and Information [61] be, and the same is, hereby DENIED.

SO ORDERED this the ___24th___ day of June, 2019.

    ___s/ Keith Starrett___
    UNITED STATES DISTRICT JUDGE