IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NUMBER 2:17-CR-40-KS-MTP-01

SANTORIA L. FRENCH

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion Requesting a Judicial Recommendation Concerning Programming Credits/Pre-Release Custody Pursuant to the First Step Act filed by Santoria L. French. The Court has investigated the way that the First Step Act is being implemented relative to the request of Mr. French and finds that the Bureau of Prisons has developed a system or program where inmates who are eligible for benefits provided by the First Step Act are given to them. There is no need for a Judicial Recommendation since the credit will occur irrespective of same. The Court notes that Movant, Santoria L. French, has related to the Court that he has finished a number of hours of programming and has provided documentation for same. The Court commends Mr. French for his diligence in his efforts to better himself.

However, the Court DENIES the request for a Judicial Recommendation.

NOW, THERFORE, IT IS HEREBY ORDERED that the Motion filed herein be, and the same is hereby DENIED.

SO ORDERED this the \_\_\_\_28th\_\_\_ day of January, 2020.

                                                                                      \_\_\_s/Keith Starrett_____
                                                                                      UNITED STATES DISTRICT JUDGE